*1124 528 U. S. 849;
ante, p. 1053;
ante, p. 1036;
*1125 No. 99-1013.
No. 99-1260.
No. 99-1297.
No. 99-5134.
No. 99-7157.
No. 99-7179.
No. 99-7282.
No. 99-7363.
No. 99-7409.
No. 99-7525.
No. 99-7572.
No. 99-7717.
No. 99-7762.
No. 99-7775.
No. 99-7798.
No. 99-7814.
No. 99-7927.
No. 99-8021.
No. 99-8143.
No. 99-8226.
No. 99-8241.
ante, p. 1018;
ante, p. 1021;
ante, p. 1038;
528 U. S. 887;
528 U. S. 1124;
528 U. S. 1125;
528 U. S. 1165;
528 U. S. 1167;
ante, p. 1023;
528 U. S. 1171;
528 U. S. 1192;
ante, p. 1009;
ante, p. 1024;
ante, p. 1024;
528 U. S. 1193;
528 U. S. 1187;
ante, p. 1040;
ante, p. 1041;
ante, p. 1042;
ante, p. 1030; and
ante, p. 1031. Petitions for rehearing denied.